District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOVEDEEP SINGH, | Case No. 2:24-cv-01579-JLR |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| UR M. JADDOU, *et al.*, | Noted for Consideration: May 28, 2025 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum or Withholding from Removal. USCIS has adjudicated the application and this case is moot.

//
//
//
//
//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01579-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 28th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Fax:    253-428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.

s/ Lovedeep Singh
LOVEDEEP SINGH
9318 S 223rd Place
Kent, Washington 98031
Phone: 206-407-5739
Email:  lovechhaprisahib7@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01579-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is dismissed without prejudice. It is so **ORDERED**. <u>The Clerk is DIRECTED to close this case.</u>

DATED this 28th day of May, 2025.

*/s/ James L. Robart*
_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01579-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800